IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Case No. 4:18-cr-00053-07 KGB

SHADEED OMAR DAWKINS                                                                        DEFENDANT

## ORDER

Defendant Shadeed Omar Dawkins has filed a *pro se* motion for compassionate release (Dkt. No. 566).  The government responded in opposition (Dkt. No. 577).  In his motion, Mr. Dawkins asserts that he suffers from high blood pressure and type-2 diabetes (Dkt. No. 566, at 3).  In its response, the government offered to provide Mr. Dawkins' medical records for the Court's consideration (Dkt. No. 577, at 4).  The Court directed the government to provide Mr. Dawkins' Federal Bureau Of Prisons medical records to the Court under seal, and the government did so (Dkt. Nos. 589, 591).

The Court understands that Mr. Dawkins was released from the custody of the Federal Bureau Of Prisons on May 11, 2023.  Therefore, the Court denies as moot and without prejudice Mr. Dawkins' motion for compassionate release (Dkt. No. 566).  If there remain issues for this Court to address with respect to this matter, Mr. Dawkins may renew his motion.

It is so ordered this 15th day of May, 2023.

_____
Kristine G. Baker
United States District Judge